# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV12-04498 JAK (JCGx) | Date | March 21, 2013 |
| Title | Armando Castillo, et al. v. City of Los Angeles, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On March 20, 2013, the parties participated in a settlement conference with Magistrate Judge Jay C. Gandhi and the parties were able to resolve the matter. Accordingly, Defendant filed "Notice of Settlement." Dkt. 28, 29. The Court sets an Order to Show Cause re Dismissal for May 20, 2013 at 1:30 p.m. If the parties file a dismissal by May 6, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The April 1, 2013 Post Mediation Status Conference, April 22, 2013 Final Pretrial Conference, May 3, 2013 Exhibit Conference, and May 7, 2013 Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak